## ATTACHMENT A
## STATEMENT OF FACTS

The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.

At all times relevant to this case, defendant **OSCAR ARMANDO LAINEZ** ("**LAINEZ**") was a resident of Hyattsville, Maryland. **LAINEZ** has illegally resided in the United States from at least March 2006 to the present. From at least March 2006 through February 2012, **LAINEZ** knowingly and with intent to deceive represented to his employer that Social Security Number \*\*\*-\*\*-2064 had been assigned to him by the Commissioner of Social Security when in fact that number was not assigned to him. **LAINEZ** signed and provided to his employer an I-9 employment eligibility form and state and federal income tax withholding forms in which he represented his Social Security Number to be \*\*\*-\*\*-2064 in order to obtain and maintain employment for which he was not eligible based on his illegal presence in the United States. Records from the Social Security Administration reflect that the Social Security Number provided by **LAINEZ** belongs to another individual who is now deceased. **LAINEZ** also fraudulently represented to his employer and indicated on his I-9 form that he was a lawful permanent resident of the United States and provided a fraudulent Alien number assigned to another individual by the Department of Homeland Security.

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

_____                                      _____
11/29/12                                                                         Oscar Armando Lainez
Date

I am Oscar Armando Lainez's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

_____                                      _____
11/29/12                                                                         LaKeytria Felder, Esquire
Date